IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v. ) | 2:23cr308-MHT |
| ) | (WO) |
| JACKIE BANKS, JR. ) | |

**SUPPLEMENTAL ORDER ON TREATMENT-RELATED
CONDITIONS OF SUPERVISED RELEASE**

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days[*] of the commencement of supervised release, the United States Probation Office shall arrange for defendant Jackie Banks, Jr. to receive a psychological evaluation to determine what mental-health treatment(s) he needs while on supervised release.

---

    * In open court, the court discussed waiting at least 180 days for a psychological evaluation; however, after discussing the matter with the United States Probation Office, the court decided to revert to a standard protocol.

(2) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Banks is faring on supervision.

(3) The United States Probation Office shall ensure that, prior to beginning treatment, any professional treating defendant Banks receives a copy of the psychological evaluation conducted by Dr. Chastity N. Farr (Doc. 48-1) and the presentence investigation report (Doc. 61).

DONE, this the 10th day of February, 2025.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**